Unite States District Court 19-C-1276
for the Eastern district of Wisconsin

EDDIE MARLOW,
 Plaintiff

Case# GCE002720

MILWAUKEE COUNTY JAIL, et al
 Defendant

## I Jurisdiction

1) EDDIE MARLOW appears in this action prose, pur. to 42 U.S.C.S § 1983 this court has jurisdiction under 28 U.S.C.S § 1331

## II venue

2) The Eastern District of WISCONSIN is an appropiate venue under 28 U.S.C § 1391(b) because the events giving rise to the claims occurred in this district at Milwaukee county Jail in Milwaukee, WISCONSIN

## III Parties

3) EDDIE MARLOW was & is at all time relevent to this complaint an inmate at the Milwaukee county Jail.

4) Defendant Milwaukee county is & was at all times relevent to this complaint the sole county that currently has me in custody which is contracted by the state of Wisconin.

5) Plaintiff EDDIE MARLOW was being booked in at milwaukee county Jail. Sitting waiting to be called handcuffed to a bench. Milwaukee Police department was bringing a inmate in the booking room to be booked.

6) One of the officer's walked away from the inmate. and that inmate Kicked EDDIE MARLOW in his face. Plaintiff EDDIE MARLOW then asked for Medical. and one of the offcer's said welcome to the county Jail.

7) The Police was called and came and took Pictures of EDDIE MARLOW face and asked EDDIE MARLOW would he like to press charge on the inmate and EDDIE MARLOW said Yes.

## damages

1) Pain and suffering mental destress swelled lip. and bump on the back of the head from head hitting the wall and physically destress and emotion estress I been haveing bad dreams of being kicked in the face.

## relief sought

Plaintiff is seeking in the amounte of 1.5 million dollars in Damages.

Dated on This 22 day of August 2019

respectfull submitted
Eddie Marlow